CAMERON ESTATES, INC., Respondent, v. GEORGE T. DEERING et al., Defendants, and ARTHUR READE et al., Appellants.—

No opinion. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.